# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **TRUDY BLUEEYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**DYNAMIC RECOVERY SOLUTIONS, LLC,**<br>   **Defendant.** | **ORDER**<br><br>**Case No. 1:16-cv-00115-PMW**<br><br><br>**Chief Magistrate Judge Paul M. Warner** |

Based upon the Parties' Joint Stipulation, and good cause, this court hereby orders Plaintiff's claims to be, and are, dismissed with prejudice. Each Party to bear their own attorneys' fees; and, costs.

**IT IS SO ORDERED**.

DATED this 22nd day of December, 2017.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge